UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE EMILIO PACHECO AVILA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY
CORRECTIONS CENTER, et al.,

Respondents.

No. 2:26-cv-01308-DAD-SCR

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS; GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS; DENYING PETITIONER'S
EMERGENCY MOTION NOT TO
TRANSFER AS MOOT; AND DENYING
RESPONDENTS' MOTION TO DISMISS

(Doc. Nos. 1, 2, 13, 14)

Petitioner Jose Emilio Pacheco Avila, A-File No. 240-823-863, is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondents' motion to dismiss (Doc. No. 13) be denied. (Doc. No. 14.) Specifically, the assigned magistrate judge found that petitioner's "re-detention without pre-deprivation notice and hearing violated the Due Process Clause of the Fifth Amendment." (Doc. No. 14 at 2.) The

1

pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 3.) On May 6, 2026, respondents filed objections to the pending findings and recommendations. (Doc. No. 15.) Respondents' objection consists of a single sentence that "Respondent objects to the recommendation that Petitioner's Petition for Writ of Habeas Corpus be granted for the same reasons advanced in Respondent's earlier filing. *See* ECF No. 13." (Doc. No. 15 at 1.) This objection does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on May 6, 2026 (Doc. No. 14) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Jose Emilio Pacheco Avila, A-File No. 240-823-863, from respondents' custody;

   b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge;

3. Petitioner's emergency motion requesting an order that he not be transferred during the pendency of this proceeding (Doc. No. 2) is DENIED as having been rendered moot by this order granting the petition for writ of habeas corpus on the merits;

4. Respondents' motion to dismiss (Doc. No. 13) is DENIED;

5. The Clerk of the Court is directed to serve the California Correctional Center with a copy of this order; and

/////

2

6.      The Clerk of the Court is directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE